JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MARCELO,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ORRY MARCIANO, et al.,<br><br>　　　　　　Defendants. | Case No. 5:17-cv-00612-ODW (SHK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Presented By The United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 25, 2018

　　　　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　　United States District Judge